IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN HUTSON                                                                PLAINTIFF

V.                    CASE NO. 1:17-CV-117-JM-BD

MELISSA SYSCO, et al.                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Hutson has not filed an objection. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hutson's claims against the Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED, this 2nd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE