IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN HUTSON                                                                                    PLAINTIFF

V.                            CASE NO. 1:17-CV-117-JM-BD

MELISSA SYSCO, et al.                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.   Discussion

Kevin Hutson, formerly an inmate at the Sharp County Detention Center ("Detention Center"), filed this civil rights lawsuit on November 22, 2017. (Docket entry #2) Mr. Hutson is no longer incarcerated at the Detention Center, as evidenced by mail returned to the Court as undeliverable on December 21 and 22, 2017. (#8. #9, #10) Mr. Hutson has failed to inform the Court of his new address as required by the Court's local rules.

Mr. Hutson was ordered to provide the Court notice of his new address within 30 days of December 28, 2017. (#11) To date, he has failed to comply with the Court's December 28, 2017 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Hutson that his claims could be dismissed if he failed to comply with the Court's Order.

### III. Conclusion

The Court recommends that Mr. Hutson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 28, 2017 Order and failure to prosecute this case.

DATED this 31st day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE