IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN HUTSON                                                                                   PLAINTIFF

V.                          CASE NO. 1:17-CV-117-JM-BD

MELISSA SYSCO, et al.                                                                      DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hutson's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's December 28, 2017 Order and failure to prosecute this case.

IT IS SO ORDERED, this 21st day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE