IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN HUTSON                                                                                    PLAINTIFF

V.                          CASE NO. 1:17-CV-117-JM-BD

MELISSA SYSCO, et al.                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

DATED this 21st day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE